# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 14, 2018

## NO. 03-16-00748-CV

### The Texas Health and Human Services Commission, Appellant

### v.

### Benjamin J. Gutierrez, Appellee

---

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
REVERSED AND RENDERED—OPINION BY CHIEF JUSTICE ROSE**

---

This is an appeal from the final judgment signed by the district court on August 8, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's final judgment. Therefore, the Court reverses the district court's final judgment and renders judgment affirming the Texas Health and Human Services Commission's decision. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.